IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY L. PASTER, | No. C 09-00175 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY OF SAN LEANDRO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 18, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is March 26, 2010.

DESIGNATION OF EXPERTS: 4/2/10; REBUTTAL: 4/19/10.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 7, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by May 28, 2010;

    Opp. Due June 11, 2010;  Reply Due June 18, 2010;

     and set for hearing no later than July 2, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 3, 2010 at 3:30 PM.

JURY TRIAL DATE: August 16, 2010 at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred for settlement purposes to either Magistrate Larson or Magistrate Spero. The settlement conference shall occur by July 31, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                 _____
                                                                              SUSAN ILLSTON
                                                                              United States District Judge